No. 82–1600.   Gibbons, Trustee of the Property of Chicago, Rock Island & Pacific Railroad Co. v. National Steel Service Center, Inc.   C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 82–6537.   In re Robinson; and
No. 82–6552.   In re Corrado et al.   Petitions for writs of habeas corpus denied.

No. 82–6399.   In re Johnson; and
No. 82–6436.   In re Behrens et al.   Petitions for writs of mandamus denied.

No. 82–1326.   Watt, Secretary of the Interior, et al. v. California et al.;
No. 82–1327.   Western Oil & Gas Assn. et al. v. California et al.; and
No. 82–1511.   California et al. v. Watt, Secretary of the Interior, et al.   C. A. 9th Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 683 F. 2d 1253.

No. 82–1349.   United States v. S.A. Empresa de Viacao Aerea Rio Grandense (Varig Airlines) et al.; and
No. 82–1350.   United States v. United Scottish Insurance Co. et al.   C. A. 9th Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: No. 82–1349, 692 F. 2d 1205; No. 82–1350, 692 F. 2d 1209.

No. 82–1453.   Badaracco et al. v. Commissioner of Internal Revenue; and
No. 82–1509.   Deleet Merchandising Corp. v. United States.   C. A. 3d Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 693 F. 2d 298.